UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SAFARI CHILDCARE INC., and<br>JAMES OURTH,<br><br>   Plaintiffs,<br><br> v.<br><br>DENICE MURRAY *et al.*,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 17 cv 8547<br><br>Hon. Gary S. Feinerman<br><br>Hon. Heather K. McShain |

**JOINT STATUS REPORT**

NOW COME the Plaintiffs, Safari Childcare, Inc., *et al.*, by their attorney Edward Moor, and the Defendants, Denice Murray, *et al.*, by and through their attorney, Kwame Raoul, Attorney General for the State of Illinois, and in accordance with this Court's order of April 8, 2021 (Dkt. # 196), submit the following joint status report to the Court:

**A. PROGRESS OF DISCOVERY**

 **a. Written Discovery**

Since the last status report tendered to the Court on May 19, 2021 (Dkt. # 198), the Plaintiff conferred with counsel for the DCFS by email concerning the status of her review and production relative to the retirees Richard Alexander, Carol Morris, Donna Riedl, Mary Livorsi, Frank Neuman, Courtney Marshall and Joel Lamz as to the 19 similarly situated schools. Plaintiff has not received any production from the DCFS, or a response to the proposal for a declaration to deal with representation any notes or file material the above listed retirees had as to any Safari location would have already been produced because they become part pf the licensing file.  I advised her that her presence had been requested at our next status.

Defendants continue to review the remaining 26,221 electronically stored documents for potentially privileged communications. Defendants have completed a review of approximately 7,000 of the 26,221 documents and anticipate making supplemental document production of approximately 7,000 documents by June 25, 2021. As reported to the Court, Defendants' last production was on May 18, 2021, and consisted of 85,820 pages.

With regard to the Protective Order, after the Court's ruling on May 21, 2021 (Dkt. 199), the parties prepared and the Court entered a "Superseding Agreed Protective Order." (Dkt. 202).

    b.    **Fact and Party Depositions**

Plaintiffs still anticipate needing the depositions of each defendant, one or two depositions from DCFS representatives, and deposition from some of the nineteen non-party day care centers that the Plaintiffs have currently identified as similarly situated.

Defendants still reasonably anticipate that they will take the depositions of Plaintiff James Ourth, Safari Childcare Inc. District Manager and DCFS Liaison Julie Versteegh, and Safari Childcare Inc. District Manager and Corporate Representative Laura Haas. Defendants propose that the Court set a status at the close of Party depositions where each Party can present additional depositions they anticipate needing at that time.

The parties agreed that fact and party depositions should not commence until the named Defendants answer the initial discovery.

The Defendants' production will not be completed by June 25, 2021. Plaintiff cannot commence fact party depositions without production of the emails and requests that the fact oral schedule be set after Defendants' initial production is complete because Plaintiff will need time to review the forthcoming production of emails from the Defendants. Counsel for both Parties require more time to review the ESI that is still being produced on a rolling basis and therefore a

deposition schedule cannot reasonably be made at this time.

### c. Expert Discovery

Both parties anticipate that they will need experts and ask that an expert discovery schedule be set at a later date.

## B. SETTLEMENT EFFORTS

No further discussions have been held and the parties do not think that settlement discussions are appropriate at this time.

Date: June 21, 2021

Respectfully Submitted,

| **Plaintiffs** | **Defendants** |
|---|---|
| /s/ Edward R. Moor | |
| Edward R. Moor | KWAME RAOUL |
| Moor Law Office, P.C. | Illinois Attorney General |
| 53 W. Jackson Blvd., Suite 1527 | |
| Chicago, Illinois 60604 | By: /s/Michaelina G. Camp |
| (312) 726-6207 | |
| erm@moorlaw.net | BARBARA L. GREENSPAN |
| | MALKA R. HIRSCH |
| | MICHAELINA G. CAMP |
| | Assistant Attorneys General |
| | Child Welfare Litigation Bureau |
| | 100 W. Randolph, Suite 11-200 |
| | Chicago, Illinois 60601 |
| | (312) 814-5255 |
| | Barbara.greenspan@illinois.gov |
| | Malka.hirsch@illinois.gov |
| | Michelle.Camp@illinois.gov |

3

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 21, 2021, I electronically filed the foregoing Joint Status Report with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all registered users.

                                                    /s/ Edward R. Moor