UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAFARI CHILDCARE INC., and JAMES OURTH, <br><br> Plaintiffs, <br><br> v. <br><br> DENICE MURRAY *et al.*, <br><br> Defendants. | No. 17 cv 8547 <br><br> Hon. Gary S. Feinerman <br><br> Hon. Heather K. McShain |

## JOINT STATUS REPORT

NOW COME the Plaintiffs, Safari Childcare, Inc., *et al.*, by their attorney Edward Moor, and the Defendants, Denice Murray, *et al.*, by and through their attorney, Kwame Raoul, Attorney General for the State of Illinois, and in accordance with this Court's order of February 25, 2022, (Dkt. # 220), submit the following joint status report to the Court:

**A.      PROGRESS OF DISCOVERY**

    **a.      Written Discovery**

In the last status report tendered to the Court on February 16, 2022, (Dkt. #217), the Parties reported that written discovery was complete. On July 8, 2022, Plaintiffs tendered a supplemental production of sixty photographs, grouped in labeled folders indicating which Safari daycare center they depict, but with no Bates stamp numbers. The photographs are not dated are labeled as being photos of the following Safari daycare centers: Algonquin, Army Trail, Belvidere, Bensenville, Cary, East Dundee, Highland Park, Kensington, McHenry, Palatine and Streamwood.

    **b.      Progress of Depositions**

On April 1, 2022, Plaintiffs issued a Notice of Deposition scheduling the deposition of

Defendant Joel Lamz and Defendant Leslie Parello-Horton. Both depositions were scheduled to be conducted via Zoom. Defendant Lamz's deposition was set for April 8, 2022, and Defendant Parello-Horton's deposition was set for May 6, 2022. On April 7, 2022, Plaintiffs' counsel informed Defendants' counsel that due to his trial schedule, he needed to re-set the deposition of Defendant Lamz.

On May 3, 2022, Plaintiffs issued an Amended Notice of Deposition scheduling Defendant Lamz's deposition for May 5, 2022, with Defendant Parello-Horton's deposition remained scheduled for May 6, 2022. Both depositions were set to be conducted via Zoom. On May 4, 2022, Plaintiffs set the deposition date of May 12, 2022 for Defendant Frank Neuman and modified the start times of the depositions of Defendant Lamz and Parello-Horton.

On May 5, 2022, Defendant Lamz's deposition was conducted via Zoom. Plaintiffs submitted 27 exhibits to be entered into evidence, none of which were tendered to counsel for Defendants prior to the deposition. Counsel for Defendants requested that Plaintiffs' counsel provide the exhibits he anticipates using in advance of a scheduled deposition so that the depositions could proceed forward in a more efficient manner. Counsel for Plaintiffs stated that he was unable to do so given the volume of documents produced in this case. Plaintiffs' counsel did provide copies of the exhibits used to counsel at the conclusion of the deposition.

On May 6, 2022, Defendant Parello-Horton's deposition was started via Zoom. Due to the high volume of exhibits and the difficulty of questioning the deponent about the exhibits over Zoom, counsel for both Parties agreed to pause the deposition and continue the deposition in-person on a different date. For similar reasoning, it was agreed that all future Defendants' depositions would be conducted in-person and not over Zoom. Plaintiffs sent Defense Counsel a full set of exhibits that would be used at the continued deposition of Horton via Dropbox on

May 6, 2022.

On May 18, 2022, Plaintiffs issued an Amended Notice of Deposition continuing Defendant Parello-Horton's deposition to be in-person on June 8, 2022, and scheduling Defendant Neuman's in-person deposition for May 27, 2022. Defendant Neuman's deposition was commenced and completed on May 27, 2022. Plaintiffs' counsel used hard copies of exhibits and tendered them to Defense counsel as they were used. Defendant Parello-Horton's deposition was re-commenced in-person on June 8, 2022 but it was not completed due to time constraints. Counsel for both Parties agreed that Defendant Parello-Horton's deposition could be completed over Zoom if needed. Plaintiff's counsel again tendered hard copies of exhibits to Defense counsel at the deposition as they were used.

On July 8, 2022, Plaintiffs issued Notices of Deposition with the following schedule: Defendant Edie Washington-Gurley set for July 15, 2022; Defendant Donna Riedl set for July 21, 2022; Defendant Jodi Golembiewski set for August 1, 2022; Defendant Jose Alex Medina set for August 11, 2022; and Defendant Beth Girardier set for August 18, 2022.

Defense counsel is gathering and coordinating dates of availability for the remaining Defendants' depositions. Given the complexity of the issues, the size of the production, and the number of exhibits used and to be used at the depositions of the Defendants, Plaintiffs do anticipate needing to ask the Court for an extension of the party deposition deadline.

    c.    **Expert Discovery**

Both parties anticipate that they will need experts and ask that an expert discovery schedule be set at a later date.

**B.    SETTLEMENT EFFORTS**

No further discussions have been held and the parties do not think that settlement

discussions are appropriate at this time.

Date: July 13, 2022

Respectfully Submitted,

**Plaintiffs**

/s/ Edward R. Moor

  Edward R. Moor
  Moor Law Office, P.C.
  53 W. Jackson Blvd., Suite 1527
  Chicago, Illinois 60604
  (312) 726-6207
  erm@moorlaw.net

**Defendants**

KWAME RAOUL
Illinois Attorney General

By: /s/ Malka R. Hirsch

BARBARA L. GREENSPAN
MALKA R. HIRSCH
Assistant Attorneys General
Child Welfare Litigation Bureau
100 W. Randolph, Suite 11-200
Chicago, Illinois 60601
(312) 814-5255
Barbara.greenspan@illinois.gov
Malka.hirsch@illinois.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2022, I electronically filed the foregoing Joint Status Report with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all registered users.

/s/