UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAFARI CHILDCARE INC., and <br> JAMES OURTH, <br>           Plaintiffs, <br>     v. <br> DENICE MURRAY *et al.*, <br>           Defendants. | No. 17 cv 8547 <br><br> Hon. Gary S. Feinerman <br><br> Hon. Heather K. McShain |

## JOINT STATUS REPORT

NOW COME the Plaintiffs, Safari Childcare, Inc., *et al.*, by their attorney Edward Moor, and the Defendants, Denice Murray, *et al.*, by and through their attorney, Kwame Raoul, Attorney General for the State of Illinois, and in accordance with this Court's order of July 15, 2022, (Dkt. # 226), submit the following joint status report to the Court:

**A.**    **PROGRESS OF DEPOSITIONS**

    **a.**    **What Depositions Have Been Completed.**

Prior to the last status report of July 13, 2022 (Dkt. 224) Defendant Joel Lamz's deposition was taken on May 5, 2022 by Zoom. Also prior to the last status report, Plaintiff started Defendant Parello-Horton's deposition by Zoom on May 6, 2022, but the parties terminated it due to difficulties with the exhibits and agreed to conduct depositions in person going forward unless the deponent has severe health issues. Then, also prior to the last status report, Defendant Frank Neuman's deposition was completed on May 27, 2022. Similarly, Defendant Parello-Horton's deposition was re-commenced in-person on June 8, 2022 and Plaintiffs completed their examination, the Defendants' counsel was unable to cross-examine due to time constraints, and reserve the right to resume her deposition for their follow-up

questions if needed.

Since the last status, the following additional depositions of individual Defendants have been taken:

    a)    Edie Washington Gurley was deposed in Chicago on July 15, 2022. The deposition lasted about five hours. Fourteen exhibits were used at the deposition.

    b)    Donna Riedel was deposed on July 21, 2022 in Woodstock, Illinois. The deposition lasted about five hours. Eighteen exhibits were used.

    c)    Stacy Smith was deposed on July 27, 2022 in Aurora, Illinois. The deposition lasted about five hours. Forty-three exhibits were used at the deposition.

    d)    Jodi Golembieski was deposed on August 1, 2022 in DeKalb, Illinois. The deposition lasted five hours. Seventy-one exhibits were used at the deposition.

    e)    Gail Williams was deposed on August 4, 2022 in Chicago, Illinois. Nineteen exhibits were used. The parties suspended her deposition after several hours because the deponent could not confirm or deny whether emails addressed to her but produced by Plaintiffs were actually received by her. Defense counsel agreed to look to see if any additional emails existed in Williams' account that needed to be produced, and ultimately determined that there were none. Plaintiff has found versions of the same emails at issue that were produced by the Defendant, and the deposition of Gail Williams has been scheduled for completion on September 30, 2022.

    f)    Stany D'Souza was deposed on August 5, 2022 in Deerfield, Illinois. The deposition lasted five hours, but could not be concluded because the deponent had to leave. Twenty-four exhibits were used. Plaintiff has requested a date on which to conclude Mr. D'Souza's deposition, and only has about another ½ hour of questioning. Counsel for the parties are coordinating a date for his deposition to continue.

    g)    Robert Musial was deposed on August 8, 2022 in Deerfield, Illinois. The deposition lasted about four hours. Ten exhibits were used at the deposition.

    h)    Helen Martin was deposed on August 17, 2022 in Chicago, Illinois. The deposition lasted about five hours. Thirty-two exhibits were used at the deposition.

    i)        Beth Girardier was deposed on August 18, 2022 in Naperville, Illinois. The deposition lasted five hours. Thirty-eight exhibits were used at the deposition. Here deposition was not concluded due to time constraints. Counsel for Defendants is working to tender dates to complete her deposition.

    j)        Alex Medina's deposition was started in Chicago on August 11, 2022 but due to technical issues with the court reporter, was reset by agreement to August 23, 2022 when it did proceed. The deposition lasted five hours and was concluded. Forty exhibits were used at the deposition.

The following depositions have been scheduled and are confirmed to proceed:

    a)        Sherrye Hampton, August 30, 2022 in Chicago.

    b)        Jodine Williams, September 2, 2022 in Chicago.

    c)        Gwendolyn Amber, September 8, 2022 in Chicago, Illinois.

    d)        Courtney Marshall, September 12, 2022 in DeKalb, Illinois.

    e)        Richard Alexander, September 14, 2022 in Freeport, Illinois; it is anticipated that Alexander's deposition will need to be conducted over multiple days due to the health constraints of the deponent.

    f)        Shirley Penny, September 16, 2022 by Zoom.

    g)        Carol Morris, September 19, 2022 in Effingham, Illinois.

    h)        Eva Camancho, September 22, 2022 by Zoom.

    i)        Denise Murray, September 27, 2022 in Chicago, Illinois.

    j)        Gail Williams, September 30, 2022 in Chicago, Illinois.

As of the date of this report, the only Defendants for whom a date has yet to be set are a) a date to conclude Beth Girardier's deposition; b) a date to conclude Stany D'Souza's deposition, and c) a date upon which to conduct Mary Livorsi's deposition. Given the schedule of the depositions currently set and Plaintiffs' counsel's trial schedule, the parties anticipate the depositions that need to be continued can be re-set in September or mid October and counsel for

the parties are working diligently to coordinate dates for the continued depositions.

The parties are aware that the above schedule exceeds the Court's discovery deposition cutoff of September 19, 2022. However, several deponents had to reschedule dates that were once set. Some of the depositions that were expected to conclude in the time allotted did not conclude due to time constraints and counsel for the parties are working to set dates to continue the depositions that were not concluded. In addition, from Plaintiff's perspective, these are laborious depositions and cannot be stacked back to back. However, the parties are confident, barring an unforeseen illness of a deponent or counsel, that all of the above listed depositions can proceed as described above.

Counsel for the parties anticipate that the depositions of the three current and former Safari representatives, Ourth, Hass, and Versteegh, can be completed by October 31, 2022. Plaintiff has a trial set for the first week of October, and it is anticipated that some of the depositions that need to be continued due to time constraints, including ones that have not yet been started, will need to be continued to a new date in October.

    d.    **Settlement Discussions**

No discussions have been held. Defendants are willing to accept a settlement proposal from Plaintiffs.

Date: August 29, 2022

Respectfully Submitted,

| **Plaintiffs** | **Defendants** |
|---|---|
| /s/ Edward R. Moor | |
| Edward R. Moor | KWAME RAOUL |
| Moor Law Office, P.C. | Illinois Attorney General |
| 53 W. Jackson Blvd., Suite 1527 | |
| Chicago, Illinois 60604 | By: /s/ Malka R. Hirsch |

(312) 726-6207
erm@moorlaw.net

BARBARA L. GREENSPAN
MALKA R. HIRSCH
Assistant Attorneys General
Child Welfare Litigation Bureau
100 W. Randolph, Suite 11-200
Chicago, Illinois 60601
(773) 415-7816
Barbara.greenspan@illinois.gov
Malka.hirsch@illinois.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2022, I electronically filed the foregoing Joint Status Report with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all registered users.

/s/ Edward R. Moor