UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SAFARI CHILDCARE INC., and<br>JAMES OURTH, | )<br>)<br>) | No. 17 cv 8547 |
| Plaintiffs, | )<br>) | Hon. Gary S. Feinerman |
| v. | )<br>) | Hon. Heather K. McShain |
| DENICE MURRAY *et al.*, | )<br>) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

NOW COME the Plaintiffs, Safari Childcare, Inc., *et al.*, by their attorney Edward Moor, and the Defendants, Denice Murray, *et al.*, by and through their attorney, Kwame Raoul, Attorney General for the State of Illinois, and in accordance with this Court's order of August 31 2022, (Dkt. # 229), submit the following joint status report to the Court:

**A.      PROGRESS OF DEPOSITIONS**

    **a.      Update on Completion of Party Depositions.**

Prior to the last status report of August 29, 2022 (Dkt. 228), the following persons were deposed:

    a)      Joel Lamz was deposed on May 5, 2022 by Zoom.

    b)      Defendant Parello-Horton was deposed by Zoom on May 6, 2022, and in person on June 8, 2022.

    c)      Frank Neuman was deposed in person in Woodstock, Illinois on May 27, 2022.

    d)      Edie Washington Gurley was deposed in Chicago on July 15, 2022. The deposition lasted about five hours. Fourteen exhibits were used at the deposition.

    e)      Donna Riedel was deposed on July 21, 2022 in Woodstock, Illinois. The

        deposition lasted about five hours. Eighteen exhibits were used.

f) Stacy Smith was deposed on July 27, 2022 in Aurora, Illinois. The deposition lasted about five hours. Forty-three exhibits were used at the deposition.

g) Jodi Golembieski was deposed on August 1, 2022 in DeKalb, Illinois. The deposition lasted five hours. Seventy-one exhibits were used at the deposition.

h) Gail Williams was deposed on August 4, 2022 in Chicago, Illinois. Nineteen exhibits were used. The parties suspended her deposition after several hours because the deponent could not confirm or deny whether emails addressed to her but produced by Plaintiffs were actually received by her. Defense counsel agreed to look to see if any additional emails existed in Williams' account that needed to be produced, and ultimately determined that there were none. Plaintiff has found versions of the same emails at issue that were produced by the Defendant, and the deposition of Gail Williams has been scheduled for completion on September 30, 2022. Due Plaintiff's trial schedule, the deposition needs to be rescheduled.

i) Stany D'Souza was deposed on August 5, 2022 in Deerfield, Illinois. The deposition lasted five hours, but could not be concluded because the deponent had to leave. Twenty-four exhibits were used. D'Souza's deposition is set to continue on October 18, 2022.

j) Robert Musial was deposed on August 8, 2022 in Deerfield, Illinois. The deposition lasted about four hours. Ten exhibits were used at the deposition.

k) Helen Martin Cross was deposed on August 17, 2022 in Chicago, Illinois. The deposition lasted about five hours. Thirty-two exhibits were used at the deposition.

l) Beth Girardier was deposed on August 18, 2022 in Naperville, Illinois. The deposition lasted five hours. Thirty-eight exhibits were used at the deposition. Her deposition was not concluded due to time constraints. Girardier's deposition is set to continue on October 20, 2022.

m) Alex Medina's deposition was started in Chicago on August 11, 2022 but due to technical issues with the court reporter, was reset by agreement to August 23, 2022 when it did proceed. The deposition lasted five hours and was concluded. Forty exhibits were used at the deposition.

Since the last status report, the following depositions have been taken:

2

    a)    Sherrye Hampton was deposed on August 30, 2022 in Chicago.

    b)    Jodine Williams was deposed on September 2, 2022 in Chicago.

    c)    Courtney Marshall was deposed on September 12, 2022 in DeKalb, Illinois.

    d)    Richard Alexander's deposition was commenced on September 14, 2022 in Freeport, Illinois but after four hours it was suspended and will be concluded by Zoom prior to October 31, 2022.

    e)    Carol Morris was deposed on September 19, 2022 in Effingham, Illinois.

    f)    Eva Camancho was deposed on September 22, 2022 by Zoom.

The following depositions have been scheduled:

    a)    Shirley Penny who was set for September 16, 2022 by Zoom, was canceled by Plaintiff who had to attend a funeral in Atlanta, Georgia on September 15, 2022. It will proceed on October 21, 2022 by Zoom.

    b)    Denise Murray, set for September 27, 2022 in Chicago, Illinois, was continued by Plaintiff's counsel due to trial scheduled for October 3, 2022. It will proceed on October 7, 2022 at 10:00 a.m. in Chicago.

    c)    The conclusion of Stany D'Souza's deposition has been scheduled for October 18, 2022 in Deerfield, Illinois.

    d)    The conclusion of Beth Girardier's deposition has been scheduled for October 20, 2022 in Naperville, Illinois.

    e)    The deposition of Plaintiff's owner James Ourth has been scheduled for October 28, 2022 in Chicago, Illinois.

    f)    The deposition of Plaintiff employee Laura Haas has been scheduled for October 31, 2022 in Chicago, Illinois.

The following depositions remain to be scheduled with firm dates but can be concluded by November 14, 2022:

    a)    Gwendolyn Amber was set for September 8, 2022 in Chicago, Illinois but cancelled her deposition for health reasons.

    b) Gail Williams, set for September 30, 2022 in Chicago, Illinois, was continued by Plaintiff's counsel because of a trial commencing October 3, 2022. Counsel for the parties are coordinating dates to reschedule her deposition.

    c) The deposition of former Safari employee Julie Versteegh can be scheduled to occur by November 14, 2022.

    d) The conclusion of Richard Alexander's deposition needs to be scheduled. It will occur by Zoom.

    e) Mary Livorsi. The Defendants state that they cannot reach her. Plaintiff intends to locate her and serve a subpoena.

The parties are aware that the above schedule slightly exceeds the Court's discovery deposition cutoff of October 31, 2022. However, several of the depositions had to be reset and/or continued for various reasons. Some of the depositions that were expected to conclude in the time allotted did not conclude due to time constraints and counsel for the parties are working to set dates to continue the depositions that were not concluded.

    **b.    Third Party Depositions.**

Plaintiff will not depose any person employed by a similarly situated day care center. Plaintiff does wish to depose up to four non-DCFS related third party witnesses. Plaintiff anticipates that these depositions can commence in the third week of November and be taken by the end of December. The Defendants state that they do not anticipate needing third party depositions.

    **c.    Settlement Discussions**

Defendants have asked for a settlement demand. The Plaintiffs are formulating one.

Date: September 30, 2022

Respectfully Submitted,

| **Plaintiffs** | **Defendants** |
|---|---|
| /s/ Edward R. Moor | |
| Edward R. Moor | KWAME RAOUL |
| Moor Law Office, P.C. | Illinois Attorney General |
| 53 W. Jackson Blvd., Suite 1527 | |
| Chicago, Illinois 60604 | By: /s/ Malka R. Hirsch |
| (312) 726-6207 | |
| erm@moorlaw.net | BARBARA L. GREENSPAN |
| | MALKA R. HIRSCH |
| | Assistant Attorneys General |
| | Child Welfare Litigation Bureau |
| | 100 W. Randolph, Suite 11-200 |
| | Chicago, Illinois 60601 |
| | (773) 415-7816 |
| | Barbara.greenspan@illinois.gov |
| | Malka.hirsch@illinois.gov |

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2022, I electronically filed the foregoing Joint Status Report with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all registered users.

/s/ Edward R. Moor