UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SAFARI CHILDCARE INC., and <br> JAMES OURTH, <br>       Plaintiffs, <br> v. <br> DENICE MURRAY *et al.*, <br>       Defendants. | ) ) ) ) ) ) ) ) ) ) ) | No. 17 cv 8547 <br><br> Hon. Gary S. Feinerman <br><br> Hon. Heather K. McShain |

## JOINT STATUS REPORT

NOW COME the Plaintiffs, Safari Childcare, Inc., *et al.*, by their attorney Edward Moor, and the Defendants, Denice Murray, *et al.*, by and through their attorney, Kwame Raoul, Attorney General for the State of Illinois, and in accordance with this Court's order of September 30, 2022, (Dkt. # 232), submit the following joint status report to the Court:

**A.    PROGRESS OF DEPOSITIONS**

    **a.    Update on Completion of Party Depositions.**

Prior to the last status report of September 30, 2022 (Dkt. #231), the following persons were deposed and their depositions are concluded:

    a) Defendant Lamz was deposed on May 5, 2022.

    b) Defendant Parello-Horton was deposed May 6, 2022 and June 8, 2022.

    c) Defendant Neuman was deposed on May 27, 2022.

    d) Defendant Washington Gurley was deposed on July 15, 2022.

    e) Defendant Riedl was deposed on July 21, 2022.

    f) Defendant Smith was deposed on July 27, 2022.

    g) Defendant Golembiewski was deposed on August 1, 2022.

    h) Defendant Musial was deposed on August 8, 2022.

    i) Defendant Cross-Martin was deposed on August 17, 2022.

    j) Defendant Medina was deposed on August 23, 2022.

    k) Defendant Hampton was deposed August 30, 2022.

    l) Defendant Jodine Williams was deposed September 2, 2022.

    m) Defendant Marshall was deposed September 12, 2022.

    n) Defendant Morris was deposed September 19, 2022.

    o) Defendant Camacho was deposed September 22, 2022.

Since the last status report of September 30, 2022 (Dkt. #231), the following persons were deposed and their depositions are concluded:

    a) Defendant D'Souza was deposed on August 5, 2022 in Deerfield, Illinois. The deposition lasted five hours but was not concluded at that time. D'Souza's deposition was concluded on October 18, 2022 with 36 exhibits used in total.

    b) Defendant Girardier was deposed on August 18, 2022 in Naperville, Illinois. The deposition lasted five hours and had to be continued due to time constraints. Her deposition was concluded in Naperville, Illinos on October 20, 2022 with 66 exhibits used in total.

    c) Defendant Penny was deposed on October 7, 2022 via Zoom. It lasted 4 hours.

    d) Defendant Amber was deposed on October 12, 2022. It lasted 5hours and 29 exhibits were used.

    e) Denice Murray was deposed on October 21, 2022. The deposition lasted 7 hours and 39 exhibits were used.

The following depositions have been scheduled with firm dates:

    a) The deposition of Plaintiff's owner James Ourth has been scheduled for November 16, 2022 in Chicago, Illinois.

    b) The deposition of Plaintiff employee and corporate representative Laura Haas has been scheduled for November 18, 2022 in Chicago, Illinois.

The following depositions remain to be scheduled with firm dates but can be concluded by December 30, 2022:

   a) Defendant Gail Williams. Her deposition was set for September 30, 2022 in Chicago, Illinois, was continued by Plaintiff's counsel because of a trial commencing October 3, 2022. Counsels for the parties are coordinating dates to reschedule her deposition. She is available in mid-December.

   b) Defendant Mary Livorsi. Defense counsel has been in contact with her, and she is out of the country. Defense counsel is working on obtaining dates that she is available to be deposed.

   c) The conclusion of Defendant Richard Alexander's deposition, previously set for November 4, 2022, needed to be rescheduled due to a conflict that Defense counsel has. It will occur by Zoom.

   d) Former Safari employee Julie Versteegh. Counsel for the parties are coordinating dates to schedule her deposition.

The parties are aware that the above schedule slightly exceeds the Court's discovery deposition cutoff of November 14, 2022 for party depositions. However, several of the depositions had to be reset and/or continued for various reasons. Some of the depositions that were expected to conclude in the time allotted did not conclude due to time constraints and counsel for the parties are working to set dates to continue the depositions that were not concluded. They can all be concluded by the cutoff for third-party discovery, or by December 30, 2022.

   b.   **Third Party Depositions.**

Plaintiff will not depose any person employed by a similarly situated day care center. Plaintiff does wish to depose up to four non-DCFS related third party witnesses. Plaintiff anticipates that these depositions can commence on December 10, 2022 and be taken by December 30, 2022, as required by the Court. The Defendants state that they do not anticipate

needing third party depositions.

### c. Settlement Discussions

Defendants have asked for a settlement demand. The Plaintiffs are formulating one.

Date: November 2, 2022

Respectfully Submitted,

| **Plaintiffs** | **Defendants** |
|---|---|
| /s/ Edward R. Moor | |
| Edward R. Moor | KWAME RAOUL |
| Moor Law Office, P.C. | Illinois Attorney General |
| 53 W. Jackson Blvd., Suite 1527 | |
| Chicago, Illinois 60604 | By: /s/Malka R. Hirsch |
| (312) 726-6207 | |
| erm@moorlaw.net | BARBARA L. GREENSPAN |
| | MALKA R. HIRSCH |
| | Assistant Attorneys General |
| | Child Welfare Litigation Bureau |
| | 100 W. Randolph, Suite 11-200 |
| | Chicago, Illinois 60601 |
| | (773) 415-7816 |
| | Barbara.greenspan@illinois.gov |
| | Malka.hirsch@illinois.gov |

### CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2022, I electronically filed the foregoing Joint Status Report with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all registered users.

/s/ Edward R. Moor