**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SAFARI CHILDCARE INC., and <br> JAMES OURTH, <br>       Plaintiffs, <br> v. <br> DENICE MURRAY *et al.*, <br>       Defendants. | ) ) ) ) ) ) ) ) ) ) ) | No. 17 cv 8547 <br><br> Hon. Gary S. Feinerman <br><br> Hon. Heather K. McShain |

**JOINT STATUS REPORT**

NOW COME the Plaintiffs, Safari Childcare, Inc., *et al.*, by their attorney Edward Moor, and the Defendants, Denice Murray, *et al.*, by and through their attorney, Kwame Raoul, Attorney General for the State of Illinois, and in accordance with this Court's order of November 3, 2022, (Dkt. # 235), submit the following joint status report to the Court:

**A.    PROGRESS OF DEPOSITIONS**

    **a.    Update on Completion of Party Depositions.**

Prior to the last status report of November 2, 2022 (Dkt. #234), the following persons were deposed and their depositions are concluded:

    a) Defendant Lamz was deposed on May 5, 2022.

    b) Defendant Parello-Horton was deposed May 6, 2022 and June 8, 2022.

    c) Defendant Neuman was deposed on May 27, 2022.

    d) Defendant Washington Gurley was deposed on July 15, 2022.

    e) Defendant Riedl was deposed on July 21, 2022.

    f) Defendant Smith was deposed on July 27, 2022.

    g) Defendant Golembiewski was deposed on August 1, 2022.

h) Defendant Musial was deposed on August 8, 2022.

i) Defendant Cross-Martin was deposed on August 17, 2022.

j) Defendant Medina was deposed on August 23, 2022.

k) Defendant Hampton was deposed August 30, 2022.

l) Defendant Jodine Williams was deposed September 2, 2022.

m) Defendant Marshall was deposed September 12, 2022.

n) Defendant Morris was deposed September 19, 2022.

o) Defendant Camacho was deposed September 22, 2022.

p) Defendant D'Souza was initially deposed on August 5, 2022 in Deerfield, Illinois, and his deposition was concluded on October 18, 2022.

q) Defendant Girardier was initially deposed on August 18, 2022 in Naperville, Illinois, and her deposition was concluded October 20, 2022.

r) Defendant Penny was deposed on October 7, 2022 via Zoom.

s) Defendant Amber was deposed on October 12, 2022.

t) Denice Murray was deposed on October 21, 2022.

The following depositions have been re-scheduled at the request of Defense counsel with firm dates:

a) The deposition of Plaintiff's owner James Ourth has been re-scheduled for December 20, 2022 by Zoom

b) The deposition of Plaintiff employee and corporate representative Laura Haas has been re-scheduled for December 21, 2022 by Zoom.

The following depositions have also been scheduled with firm dates:

a) Defendant Gail Williams has been rescheduled for December 13, 2022 in Chicago.

b) Defendant Mary Livorsi has been scheduled for December 16, 2022 by Zoom.

c) The conclusion of Defendant Richard Alexander's deposition has been

scheduled for December 29, 2022 by Zoom.

The following depositions have yet to be scheduled, but will occur by December 30, 2022:

a) Former Safari employee Julie Versteegh. Plaintiff has reported that she in not under their control so that a subpoena needs to issue.

b) Plaintiff may depose two non-party witnesses by subpoena, and if so, will set their depositions in December.

**b.       Settlement Discussions**

The Plaintiffs will relate a settlement demand within the next five (5) days.

**c.       Expert Discovery Schedule**

Given the size of the case both in terms of the voluminous production and the number of witnesses, and the likely cost of fully preparing expert to produce reports, both Plaintiffs and Defendants ask that the expert schedule be set after they have had time to conduct and conclude their settlement discussions. The discussions are likely to commence in earnest in January, as the Defendants must deal with various actors that have limited availability in December.

Therefore, the parties suggest that the setting of an expert discovery schedule be deferred until the beginning of February 2023.

Date: December 2, 2022

Respectfully Submitted,

| **Plaintiffs** | **Defendants** |
|---|---|
| /s/ Edward R. Moor | |
| Edward R. Moor | KWAME RAOUL |
| Moor Law Office, P.C. | Illinois Attorney General |
| 53 W. Jackson Blvd., Suite 1527 | |
| Chicago, Illinois 60604 | By: /s/ Malka R. Hirsch |
| (312) 726-6207 | |
| erm@moorlaw.net | BARBARA L. GREENSPAN |
| | MALKA R. HIRSCH |

3

        Assistant Attorneys General
        Child Welfare Litigation Bureau
        100 W. Randolph, Suite 11-200
        Chicago, Illinois 60601
        (773) 415-7816
        Barbara.greenspan@illinois.gov
        Malka.hirsch@illinois.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2022, I electronically filed the foregoing Joint Status Report with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all registered users.

        /s/ Edward R. Moor