# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| SAFARI CHILDCARE INC., and <br> JAMES OURTH, <br> <br> Plaintiffs, <br> <br> v. <br> <br> DENICE MURRAY *et al.*, <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 17 cv 8547 <br> <br> Hon. Gary S. Feinerman <br> <br> Hon. Heather K. McShain |

## JOINT STATUS REPORT

NOW COME the Plaintiffs, Safari Childcare, Inc., *et al.*, by their attorney Edward Moor, and the Defendants, Denice Murray, *et al.*, by and through their attorney, Kwame Raoul, Attorney General for the State of Illinois, and in accordance with this Court's order of January 5, 2023, (Dkt. # 244), submit the following joint status report to the Court:

**A.     PROGRESS OF DEPOSITIONS**

The only remaining deposition to be taken is of Defendant Mary Livorsi. Her deposition is set to be conducted over Zoom on February 17, 2023.

**B.     EXPERT DISCOVERY**

    **a.     Plaintiffs' Anticipated Expert Discovery**

Plaintiff anticipate calling two expert witnesses, a day care center business expert and an accounting expert. In light of the volume of records that the experts will need to review to generate their respective reports, Plaintiffs request 120 days to complete their disclosure of reports and presentation of experts for deposition.

    **b.     Defendants' Anticipated Expert Discovery**

Defendants anticipate calling two expert witnesses, a day care center business expert and

an accounting expert. In light of the volume of records that the experts will need to review to generate their respective reports, Defendants request 120 days to complete their disclosure of reports and present their experts for deposition.

Respectfully Submitted,

| **Plaintiffs** | **Defendants** |
|---|---|
| /s/Edward R. Moor | |
| Edward R. Moor | KWAME RAOUL |
| Moor Law Office, P.C. | Illinois Attorney General |
| 53 W. Jackson Blvd., Suite 1527 | |
| Chicago, Illinois 60604 | By: /s/Malka R. Hirsch |
| (312) 726-6207 | |
| erm@moorlaw.net | BARBARA L. GREENSPAN |
| | MALKA R. HIRSCH |
| | Assistant Attorneys General |
| | Child Welfare Litigation Bureau |
| | 100 W. Randolph, Suite 11-200 |
| | Chicago, Illinois 60601 |
| | (773) 415-7816 |
| | Barbara.greenspan@illinois.gov |
| | Malka.hirsch@illinois.gov |

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2023, I electronically filed the foregoing Joint Status Report with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all registered users.

/s/ Malka Hirsch