**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SAFARI CHILDCARE INC., and | ) | |
| JAMES OURTH, | ) | |
| | ) | No. 17 cv 8547 |
| Plaintiffs, | ) | |
| | ) | Hon. Gary S. Feinerman |
| v. | ) | |
| | ) | Hon. Heather K. McShain |
| DENICE MURRAY *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

NOW COME the Plaintiffs, Safari Childcare, Inc., *et al.*, by their attorney Edward

Moor, and the Defendants, Denice Murray, *et al.*, by and through their attorney, Kwame Raoul,

Attorney General for the State of Illinois, and in accordance with this Court's order of January

5, 2023, (Dkt. # 244), submit the following joint status report to the Court:

**A.      PROGRESS OF DEPOSITIONS**

The only remaining deposition to be taken is of Defendant Mary Livorsi. Her deposition

is set to be conducted over Zoom on February 17, 2023.

**B.      EXPERT DISCOVERY**

**a.      Plaintiffs' Anticipated Expert Discovery**

Plaintiff anticipate calling two expert witnesses, a day care center business and licensing

expert and an accounting expert. In light of the volume of records that the experts will need to

review to generate their respective reports, Defendants request 120 days to complete their

disclosure of reports and presentation of experts for deposition.

**b.      Defendants' Anticipated Expert Discovery**

Defendants anticipate calling two expert witnesses, a day care center business expert and

an accounting expert. In light of the volume of records that the experts will need to review to generate their respective reports, Defendants request 120 days to complete expert discovery.

Respectfully Submitted,

**Plaintiffs**                                          **Defendants**

/s/ Edward R. Moor
  Edward R. Moor                                    KWAME RAOUL
  Moor Law Office, P.C.                             Illinois Attorney General
  53 W. Jackson Blvd., Suite 1527
  Chicago, Illinois 60604                           By: /s/Malka R. Hirsch
  (312) 726-6207
  erm@moorlaw.net                                   BARBARA L. GREENSPAN
                                                     MALKA R. HIRSCH
                                                     Assistant Attorneys General
                                                     Child Welfare Litigation Bureau
                                                     100 W. Randolph, Suite 11-200
                                                     Chicago, Illinois 60601
                                                     (773) 415-7816
                                                     Barbara.greenspan@illinois.gov
                                                     Malka.hirsch@illinois.gov

### CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2023, I electronically filed the foregoing Joint Status Report with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all registered users.

/s/ Edward R. Moor

2