# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SAFARI CHILDCARE INC., and ) <br> JAMES OURTH, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DENICE MURRAY, EDIE WASHINGTON ) <br> GURLEY, JOSE ALEX MEDINA, RICHARD ) <br> ALEXANDER, FRANK NEUMAN, JOEL LAMZ, ) <br> CAROL MORRIS, LESLIE PARELLO-HORTON, ) <br> ROBERT MUSIAL, COURTNEY MARSHALL, ) <br> JODI GOLEMBIEWSKI, EVA CAMACHO, ) <br> STANY D'SOUZA, DONNA RIEDL, ) <br> MARY LIVORSI, STACY SMITH ) <br> JODINE WILLIAMS, HELEN CROSS, ) <br> SHIRLEY PENNY, GWENDOLYN AMBER, ) <br> BETH GIRARDIER, SHERRYE HAMPTON, and ) <br> GAIL WILLIAMS, ) <br> ) <br> Defendants. ) | No.: 17-cv-8547 <br><br> The Honorable Mary M. Rowland <br><br> Mag. Judge Heather K. McShain |

## MOTION TO WITHDRAW

Counsel, Edward R. Moor of Moor Law Office, P.C., respectfully seeks leave to withdraw as counsel of record for Plaintiffs, SAFARI CHILDCARE, INC., and JAMES OURTH, in this case, *instanter*. In support of his Motion, counsel states as follows:

1. Counsel appeared in this action after Plaintiffs' last counsel withdrew "due to irreconcilable professional differences." (Dkt. 45).

2. As this case has progressed beyond fact discovery and stands on the eve of expert discovery, communication and cooperation between counsel and his clients has deteriorated to the point that continued representation is not practicable.

3. Counsel cannot say more than this without prejudicing his clients, but counsel cannot continue to represent the Plaintiffs.

WHEREFORE, Edward R Moor of Moor Law Office, P.C., respectfully requests that this Court grant him leave to withdraw as counsel for record for Plaintiffs, SAFARI CHILDCARE, INC., and JAMES OURTH. Counsel further prays for any other relief that this Court deems just.

Respectfully submitted,

/s/     Edward R. Moor

MOOR LAW OFFICE, P.C.
53 W. Jackson Blvd., Suite 1527
Chicago, Illinois 60604
312-726-6207
erm@moorlaw.net

**CERTIFICATE OF SERVICE BY ELECTRONIC MEANS**

I, Edward R. Moor, certify that on March 7, 2023, service of this Motion was accomplished pursuant to ECF as to Filing Users and I also certify that I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User, and that this motion was both emailed to James Ourth and corporate representative Laura Haas at the email addresses of jamesourth@safarichildcare.com and laurahaas@safarichildcare.com and that a copy was sent to James Ourth and Laura Haas m via overnight mail to the following address: James Ourth and Laura Haas, 2711 W. Windmill Lane, Los Vegas, Nevada 89123.

/s/ Edward R. Moor